**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6644

JAMES GILBERT WOODSON,

              Plaintiff - Appellant,

        v.

J.D. HUPPENTHAL, Administrator; PRIMECARE MEDICAL; KIM BROWNING,
Head Nurse; WV REGIONAL JAIL AND CORRECTIONAL FACILITY
AUTHORITY; OFFICER HINDSON, Corrections Officer, Retired,

              Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Thomas E. Johnston,
District Judge.  (5:07-cv-00141)

Submitted:  June 19, 2008          Decided:  June 25, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Gilbert Woodson, Appellant Pro Se.  Chad Marlo Cardinal,
Assistant Attorney General, Charleston, West Virginia; Joseph

Dustin Dillard, John Dorsey Hoffman, FLAHERTY, SENSABAUGH & BONASSO, PLLC, Charleston, West Virginia; Mark William Browning, David L. Shuman, Sr., SHUMAN, MCCUSKEY & SLICER, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Gilbert Woodson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Woodson v. Huppenthal</u>, No. 5:07-cv-00141 (S.D.W. Va. Mar. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>